*J. Bruce MacDonald* and *Raymond B. Madden* for appellant.

*James R. Cannon* and *Arthur G. Marsh,* in person, for Arthur G. Marsh, respondent.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD WALKER, Appellant.

Argued January 18, 1955; decided March 3, 1955.

*Arthur E. Kirchheimer* for appellant.

*Theodore M. Coburn, District Attorney (Charles W. Avery* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FREDERICK W. ROBERTS, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN S. BICKNELL, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FREDERICK M. NORTON, Appellant.

Argued January 18, 1955; decided March 3, 1955.